Anthony N. DeMaria, # 177894
Kirsten K. Corey, # 210339
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:    (559) 433-1300
Facsimile:     (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants
DNASSOCIATES and DENISE NOVELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GONZALES,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DNASSOCIATES, DENISE NOVELL and DOES 1 through 50,<br><br>　　　　　　Defendants. | Case No.  1:09-CV-00922-AWI-DLB<br><br>**STIPULATION AND REQUEST TO CONTINUE SCHEDULING CONFERENCE & RULE 26 DISCLOSURES; & ORDER THEREON** |

　　　　IT IS HEREBY STIPULATED between the parties, by and through their respective counsel, that the court shall continue the Scheduling Conference scheduled for August 6, 2009, and now rescheduled by the court for August 31, 2009, and all related dates with a new Scheduling Conference date of October 6, 2009.  No prior extensions of time have been requested.  The parties agree that a continuance of the Scheduling Conference is appropriate and necessary as defendants' counsel has a pre-planned and pre-paid vacation set for July 31, 2009 until August 15, 2009, which cannot be changed and/or cancelled without incurring significant expense and burden.

　　　　IT IS FURTHER STIPULATED between the parties that the initial Rule 26 Disclosure due date shall be continued to October 20, 2009.

　　　　The parties request the Court's Order to continue the Scheduling Conference based upon

1 | this Stipulation, and the court availability of October 6, 2009.

2 |     This Stipulation may be executed in counterparts and by facsimile signature, each of which when executed shall be an original and all of which together shall constitute one in the same Stipulation.

Dated: August 20, 2009      McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP


By:     /s/ Anthony N. DeMaria
Anthony N. DeMaria
Attorneys for Defendants
DNASSOCIATES and DENISE NOVELL


Dated: August 20, 2009      PENNER, BRADLEY & SIMONIAN


/s/ Peter S. Bradley
Peter S. Bradley
Attorneys for Plaintiff
RICHARD GONZALES

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

STIPULATION RE: CONTINUE SCHEDULING CONFERENCE & RULE 26 DISCLOSURES; AND ORDER THEREON – CASE NO. 1:09-CV-00922-AWI-DLB

**ORDER**

Pursuant to the Stipulation as reflected above, and for good cause appearing therefore,

IT IS HEREBY ORDERED that the court shall continue the Scheduling Conference scheduled for August 31, 2009 and all related dates to a new Initial Scheduling Conference date of October 6, 2009 at 9:30 am before Magistrate Judge Beck.

IT IS FURTHER ORDERED that the initial Rule 26 Disclosure date shall be continued to October 20, 2009.

IT IS SO ORDERED.

Dated:   **August 31, 2009**                    /s/ *Dennis L. Beck*
                                                                  UNITED STATES MAGISTRATE JUDGE

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

3

STIPULATION RE: CONTINUE SCHEDULING CONFERENCE & RULE 26 DISCLOSURES; AND ORDER THEREON – CASE NO. 1:09-CV-00922-AWI-DLB